IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| IN THE MATTER OF THE SEARCH OF: | MJ 20- 03 -BLG-TJC |
|---|---|
| Parcel addressed to Isaac Sorels at 4518 Vaughn Ln Billings, MT 59101 | ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application and Affidavit for Search Warrant and Search Warrants filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 18 day of March 2020.

TIMOTHY J. CAVAN
United States Magistrate Judge

1